IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


RANDY WILLIAM GAY                                                        PETITIONER

v.                                    Case No. 6:23-cv-6011

DEXTER PAYNE, DIRECTOR,
ARKANSAS DIVISION OF CORRECTION                                         RESPONDENT


## **JUDGMENT**

For the reasons explained in the Court's Memorandum Opinion and Order (ECF No. 66) filed on March 27, 2026, the Court now enters final judgment in this matter, granting in part and denying in part, the Petition for a Writ of Habeas Corpus.  ECF No. 2.  Respondent is **ORDERED** to either: (1) seek to impose the death penalty in a new sentencing hearing; or (2) agree to commute Petitioner's sentence to life in prison without the possibility of parole.  No later than July 27, 2026, Respondent shall file a status report informing the Court of his decision.  To the extent Respondent elects to conduct a new sentencing hearing, it must do so within 180 days of filing the status report. The Court declines to issue a Certificate of Appealability.

**IT IS SO ORDERED**, this 31st day of March, 2026.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge