**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**RANDY W. GAY** **PETITIONER**

**V.** **CASE NO. 6:23CV06011 SOH-BAB**

**DIRECTOR DEXTER PAYNE, Director,**
**Arkansas Division of Correction** **RESPONDENT**

# NOTICE OF APPEAL

Comes now the respondent, by and through counsel, Tim Griffin, Attorney General, and Walker K. Hawkins, Assistant Attorney General, and for his notice of appeal states:

Respondent respectfully appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Order and Opinion entered March 27, 2026, and Judgment entered March 31, 2026, granting Petitioner Randy Gay's federal habeas corpus petition in part. Doc. No. 66.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: /s/ Walker K. Hawkins
WALKER K. HAWKINS
Arkansas Bar No. 2018148
Assistant Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201

(501) 682-8112 [phone]
(501) 682-2083 [fax]
walker.hawkins@arkansasag.gov

**ATTORNEYS FOR RESPONDENT**