**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-1786

Randy William Gay

Appellee

v.

Dexter Payne, Arkansas Division of Correction

Appellant

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:23-cv-06011-SOH)

---

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Eastern District of Arkansas is hereby appointed to represent (or to continue to represent) the above named appellee in all matters pertaining to this action before this Court.

April 27, 2026

Order Entered under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler